# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00828-CV

**Trent Alvon Smith, Appellant**

**v.**

**District Attorney Office for Smith County; and
District Clerk of Smith County, Texas; Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-13-000652, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on January 19, 2017. On appellant's motions, the deadline for filing the brief was extended to April 13, 2017. Appellant has now filed a third motion, requesting that the Court extend the time for filing appellant's brief an additional ninety days. We grant, in part, the motion for extension of time and order appellant to file a brief no later than May 19, 2017. No further extension of time will be granted and failure to comply with this order may result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a); 42.3(b), (c).

It is so ordered this 27th day of April, 2017.

Before Chief Justice Rose, Justices Field and Bourland